UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION
1974 AFFILIATED WITH
INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, A.F.L.-
C.I.O., *et al.*,

      Petitioner,

  v.

ASTORIA INTERIORS GROUP, INC.,

      Respondent.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-12-21

21-CV-1932 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  This case has been assigned to me for all purposes. On March 5, 2021, Petitioner filed a complaint seeking confirmation of an arbitration award. In this Circuit, confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby:

  ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for confirmation by March 26, 2021. Such materials shall include, at minimum, (1) a certified copy of the arbitral award and (2) sworn or certified copies of the underlying contracts at issue. Respondent's opposition, if any, is due on April 2, 2021. Petitioner's reply, if any, is due on April 9, 2021. Petitioner shall serve a copy of this Order on Respondent, and file proof of such service on the docket.

SO ORDERED.

Dated: March 12, 2021
    New York, New York

                     _____
                      RONNIE ABRAMS
                      United States District Judge