UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Drywall Tapers and Pointers of Greater New York
Local Union 1974, Affiliated with International
Union of Allied Painters and Allied Trades,
AFL-CIO and Trustees of the Drywall Tapers
and Pointers Local Union No. 1974 Benefit
Funds,

                   Petitioners,                   21 **CIVIL** 1932 (RA)

    -against-                   **JUDGMENT**

Astoria Interiors Group, Inc. a/k/a Astoria
Interior Group, Inc.,
                   Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 20, 2022, the petition to confirm the arbitration award is granted, as is Petitioners' application for attorney's fees and costs, subject to the reduction discussed. Accordingly, judgment is entered confirming the arbitration award in its entirety, and directing Respondent to pay $2,375.03 in wages on behalf of Union member Jorge Villalba; $2,375.03 in wages on behalf of Union member Christian Amarilla; $3,007.62 in benefits on behalf of Union members Jorge Villalba and Christian Amarilla to the "Local 1974 Benefit Funds;" and $4,000.00 in fines to the "Joint Trade Board of the Drywall Taping Industry." Respondent shall also pay attorney's fees in the amount of $2,538.00 and costs in the amount of $578.00.

**Dated**: New York, New York
        April 21, 2022

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**
                     **BY:**
                                        **Deputy Clerk**